UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

Docket No.: 1:22-cv-01630
(DG)(RER)

                              Plaintiffs,

      -against-

MARTA MEDICAL SUPPLY, INC.,
OLEKSANDR ZUBCHENKO, and
JOHN DOE DEFENDANTS "1"-"10"

                              Defendants.
-------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co. (collectively, the "Plaintiffs"), hereby dismiss, without prejudice, all claims in this action asserted by Plaintiffs against John Doe Defendants "1"-"10".

Dated: September 6, 2022

                              **RIVKIN RADLER, LLP**

                By:    *Melissa D. Medilien*

                        Barry I. Levy, Esq.
                        Michael A. Sirignano, Esq.
                        Michael Vanunu, Esq.
                        Melissa D. Medilien, Esq.
                        RIVKIN RADLER LLP
                        926 RXR Plaza
                        Uniondale, New York 11556
                        (516) 357-3000
                        *Counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*