UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY
and GEICO CASUALTY COMPANY,

Index No.: 1:22-cv-01630(DG)(RER)

Plaintiffs,

-against-

MARTA MEDICAL SUPPLY, INC.,
OLEKSANDR ZUBCHENKO, and
JOHN DOE DEFENDANTS "1"-"10",

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for

Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO

General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and

Defendants Marta Medical Supply, Inc. and Oleksandr Zubchenko (collectively, "Defendants") that,

whereas no party hereto is an infant or incompetent person for whom a committee has been

appointed and no person not a party to this action has an interest in the subject matter of this action,

all claims asserted by the Plaintiffs against the Defendants are hereby discontinued, with prejudice.

Each party shall bear their own costs, disbursements and counsel fees associated with the

prosecution and/or defense of this action. This stipulation may be filed without any further notice

with the Clerk of the Court.

Dated: __8/11/2023__ , ~~2023~~

RIVKIN RADLER LLP

By: _____

    Barry Levy, Esq.
    Michael Vanunu, Esq.
    Melissa D. Medilien, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Attorneys for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*

LAW OFFICES OF JOHN GALLAGHER PLLC

By: _____

    John Gallagher, Esq.
9707 3rd Avenue, Suite 2A
Brooklyn, New York 11209

*Attorneys for Defendants Oleksandr Zubchenko and Marta Medical Supply, Inc.*